IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LEE COLE,

        Petitioner,                      No. 2:06-cv-00850-MCE-GGH P

      v.

ROBERT A. HOREL, Warden, et al.,        <u>ORDER</u>

        Respondents.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 1, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 1, 2007, are adopted in full; and

2. Respondent's motion to dismiss, filed on December 7, 2006,[1] is granted.

Dated: August 30, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Although the text of the <u>Findings and Recommendations</u> stated the correct filing date of respondent's motion to dismiss, the <u>Recommendations</u> clause contained a typographical error as to the year, which is herein rectified.

2